CO-180 (Rev. 4/02)

# WARRANT FOR ARREST

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 06-171 | MAGIS. NO: |
|---|---|---|
| V.<br><br>CARL MICHAEL TAYLOR | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>James Underwood | **FILED**<br><br>JUN 2 0 2006<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:          PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:   **INDICTMENT** | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL MAINTENANCE OF A PREMISES TO MANUFACTURE, DISTRIBUTE, STORE AND USE A CONTROLLED SUBSTANCE;
UNLAWFUL EMPLOYMENT OF A MINOR;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE WITHIN 1000 FEET OF A SCHOOL;
SIMPLE POSSESSION OF A CONTROLLED SUBSTANCE;
AIDING AND ABETTING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:846; 21:856(a)(2); 21:861(a)(1); 21:841(a)(1) and 841(b)(1)(B)(iii); 21:860(a); 21:844(a); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>**MAGISTRATE JUDGE FACCIOLA** | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>6/15/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>6/15/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  6-15-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  6-20-06 | Sian McLeod SDUSM | |
| HIDTA CASE:  Yes   No X | | OCDETF CASE:  Yes   No X |