```
                         IN THE
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

                         * * *
```

**UNITED STATES OF AMERICA**   )
              **Plaintiff;**   )
              **v.**   ) CR NO 01-0178 (JGP)
            )
**KEITH M. AVENTS,**   )
            **Defendant.**   )

---

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

            Respectfully submitted,

            A.J. KRAMER
            FEDERAL PUBLIC DEFENDER

                /S/
            By:_____
            W. GREGORY SPENCER
            Chief, Assistant Federal Public Defender
            625 Indiana Avenue, N.W., Suite 550
            Washington, D.C.  20004
            (202) 208-7500

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served upon Assistant Unites States Attorney ANGELA GEORGE by electronic means this _26TH_ day of June, 2006.

                /s/
            By:_____
            W. GREGORY SPENCER