UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Crim. No. 06-171(HHK) |
| v. | ) ) |  |
| JAMES UNDERWOOD | ) ) ) |  |

**DEFENDANT'S UNOPPOSED MOTION TO
CONVERT THE PLEA HEARING TO A STATUS CONFERENCE**

Defendant, James Underwood, through counsel, respectfully requests that the August 3, 2006 Hearing which is scheduled for the entry of a guilty plea be converted to a Status Conference.

As grounds for this motion, counsel for Mr. Underwood states:

1.  Mr. Underwood is before the Court charged in a six-count indictment with Narcotics related violations, including conspiracy and possession with intent to distribute. On June 28, 2006, Mr. Underwood appeared before the Court for a Status Conference. At that time the parties informed the Court that a disposition was very likely in this case. Accordingly, the Court scheduled August 3, 2006 for the entry of Mr. Underwood's guilty plea.

2.  Recently, issues concerning the plea agreement have surfaced that will require additional time for review of the agreement and consultation with Mr. Underwood. Mr. Underwood has expressed his reservation of entering a guilty plea without having the opportunity to resolve the outstanding matters that have recently arisen. Undersigned counsel has communicated the nature and substance of these matters to Assistant United States Attorney, Martin Carpenter. Mr. Carpenter does not oppose converting the scheduled Plea Hearing to a Status Conference.

3. Undersigned counsel apologizes to the Court and to Government counsel for any inconvenienced occasioned by this motion.

Wherefore, Mr. Underwood respectfully requests that the scheduled Plea Hearing for this Thursday, August 3, 2006 be converted to a Status Conference.

        Respectfully submitted,

        A. J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/s/_____
        Carlos J. Vanegas
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Washington, D.C. 20004
        (202) 208-7500