UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 06-171(HHK) |
| ) | |
| v. ) | |
| ) | |
| JAMES UNDERWOOD ) | |

PROPOSED ORDER

Upon consideration of the Defendant's Motion to Convert the August 3, 2006 Plea Hearing to a Status Conference, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**SO ORDERED**

_____                                                  _____
DATE                                                                    HENRY H. KENNEDY JR.
                                                                                 UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Martin Dee Carpenter
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530