UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR 06-171-02 (HHK) |
| JAMES UNDERWOOD | : | |

MOTION TO REDUCE SENTENCE

Pursuant to 18 U.S.C. § 3582(c)(2), Mr. James Underwood, through undersigned counsel, respectfully moves this Honorable Court to reduce his sentence of 32 months incarceration to a term of time served. In support of this motion, counsel states:

1. On September 6, 2007, the Court sentenced Mr. Underwood to a 32 month term of incarceration on Count 1 (conspiracy to distribute and possess with intent to distribute cocaine base). The Court found that the applicable sentencing range under the United States Sentencing Guidelines was 292 to 365 months (criminal history category VI, offense level 35). However, after consideration of the government's motion for a downward departure based upon the substantial assistance Mr. Underwood provided to the government, the Court sentenced him to a term of incarceration below the bottom of that range.

2. Effective November 1, 2007, the United States Sentencing Commission amended and lowered the base offense levels by two points for offenses involving crack cocaine. U.S.S.G., Supplement to Appendix C, Amendments 706, 711 (Nov. 1, 2007). The Court is authorized to reduce the term of imprisonment imposed "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission . . . . ." 18 U.S.C. § 3582(c)(2). On December 11, 2007, the Sentencing

Commission voted to give retroactive effect to the amendments reducing the crack cocaine sentencing ranges by adding these amendments to the list of amendments in U.S.S.G. § 1B1.10, effective March 3, 2008.

     3.  The amendments reduce the sentencing guidelines range applicable to Mr. Underwood to 262 to 327 months.  The difference between the bottom of the old range (292) and the bottom of the new range is 30 months.  According to the Bureau of Prisons, Mr. Underwood's current projected release date is October 11, 2008.  A sentence of time served as of March 3, 2008, would reduce Mr. Underwood's sentence by approximately 7 months.  A proposed order accompanies this motion reflecting the sentence computations in Mr. Underwood's case.

     4.  Undersigned counsel has consulted with Assistant United States Attorney Robert Okun, who represented that the government opposes the reduction proposed by the defense.

     WHEREFORE, for the foregoing reasons, Mr. Underwood respectfully requests that the Court reduce his sentence from a 32 month term of imprisonment to a period of time served.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500