UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Criminal No. 06-171-02 (HHK) |
| ) | |
| **JAMES UNDERWOOD,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Mary Ann Snow, Bar Number 379-757, telephone number (202) 353-8885, is now assigned as counsel for the United States, and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____/S/_____
MARY ANN SNOW
D.C. Bar No. 379-757
Assistant United States Attorney
555 Fourth Street, NW
Special Proceedings Division, Room 10-452
Washington, D.C. 20530
(202) 353-8885

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by U.S. Mail and by electronic transmission on counsel for defendant, MARY MANNING PETRAS, ESQUIRE, Assistant Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, D.C. 20004, on this 12th day of March, 2008.

_____/S/_____
MARY ANN SNOW
Assistant United States Attorney